

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WARREN-TAYLOR | Civil Action No. 18CV0364-CAB-JLB |
| Plaintiff, | |
| V. | |
| CITY OF SAN DIEGO | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Motion to Dismiss for Failure to State a Claim and Motion to Strike filed by City of San Diego is Granted with Prejudice. The action is hereby terminated.

**Date:** 4/24/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ L. HERNANDEZ
L. HERNANDEZ, Deputy